dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-432-CV

G.E. TAYLOR, INC. APPELLANT

V.

WANDA LOU FOSTER APPELLEE

----------

FROM THE 271ST DISTRICT COURT OF WISE COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal Without Prejudice.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Costs of this appeal shall be taxed against party incurring same, for  which let execution issue.

PER CURIAM 

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED: February 23, 2006

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.